Argued and submitted February 16, appeal dismissed May 12, 1999

WAYNE GLENN McDADE,
*Appellant,*

*v.*

Nick ARMENAKIS,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(96C-14328; CA A99823)

981 P2d 825

Steven H. Gorham argued the cause and filed the brief for appellant.

John T. Bagg, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Appeal dismissed. *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).